```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MIGUEL FONTANEZ,
                         Plaintiff,                              18 CIVIL 1718 (ALC)

         -against-                                                   JUDGMENT

DEPUTY WARDEN SANCHEZ, ET AL.,
                         Defendant.
-----------------------------------------------------------X
```

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated April 22, 2019 and May 21, 2019, The General Release signed by Plaintiff was clear and unambiguous; Plaintiff has not demonstrated as valid legal defense; thus, Plaintiff's claims are hereby dismissed in their entirety; in addition, Plaintiff's request for leave to amend his Complaint is hereby denied because, in light of the General Release, amendment would be futile; this case is hereby dismissed, and Judgment is entered.

**Dated:** New York, New York
         May 22, 2019

                                                    RUBY J. KRAJICK
                                                    _____
                                                    Clerk of Court
                                         BY:
                                                    _____
                                                    Deputy Clerk

                                         THIS DOCUMENT WAS ENTERED
                                         ON THE DOCKET ON 5/22/2019